UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
CHARLES CARNEGLIA

    -V-

UNITED STATES OF AMERICA
----------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 27 2012 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 30 2011 ★
BROOKLYN OFFICE

ORDER
CV11-4181 (JBW)

The government's motion for an adjournment of the time by which to submit its response to petitioner's motion is granted. The response is to be filed by February 2, 2012. The motion will be heard on February 29, 2012, at 9:30 a.m. The warden is to have the petitioner available via telephone to participate at the hearing.

Petitioner waives his attorney client privilege to the extent necessary to decide his petition.

**HEARING IS ADJOURNED TO 3/15/12 AT 9:30 a.m.**

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 12/29/11
2/27/12